In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-471 CR


____________________



DAVID DOYLE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 89029






MEMORANDUM OPINION (1)


 We have before the Court an appeal by David Doyle from an order setting bond
pending appeal. The order was signed August 26, 2004. The notice of appeal was filed
with the trial court on November 9, 2004, more than thirty days from the date of the
appealable order. We notified the parties that the appeal did not appear to have been
timely filed, but received no reply. The Court finds the notice of appeal was not timely
filed. Tex. R. App. P. 26.2. No extension of time was timely requested pursuant to Tex.
R. App. P. 26.3. It does not appear that appellant obtained an out-of-time appeal. The
Court finds it is without jurisdiction to entertain this appeal.

 It is, therefore, ordered that the appeal of this cause be dismissed for want of
jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered January 19, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.